# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JACKIE MAHDEE X BLUE**                                                                                      **PLAINTIFF**
**ADC #71875**

**VS.**                                              **4:20-cv-01270-BRW**

**TIMOTHY RYAN FALOON**, *et al*.                                                                  **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED, this 23rd day of December, 2020.

                                                Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE